UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY L. BOHANNAN,<br><br>        Petitioner,<br><br>    v.<br><br>WILLIAM L. MUNIZ,<br><br>        Respondent. | Case No. 16-cv-02528-VC  (PR)<br><br>**ORDER OF TRANSFER** |

      Kelly Bohannan, a state prisoner incarcerated at Salinas Valley State Prison, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction and sentence of the Shasta County Superior Court.

      A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction.  28 U.S.C. § 2241(d).  The district court where the petition is filed may transfer the petition to the other district in the furtherance of justice.  *Id*.  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

      Bohannan was convicted and sentenced in Shasta County Superior Court which lies within the venue of the Eastern District of California.  28 U.S.C. § 84(b).  Thus, jurisdiction over the petition exists in the Eastern District of California, not in this district.

      Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Eastern District of California.

All pending motions are TERMINATED on this Court's docket.

**IT IS SO ORDERED.**

Dated:  June 16, 2016

VINCE CHHABRIA
United States District Judge