UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LEE BOHANNAN, | No. 2:16-cv-1342 GEB AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM L. MUNIZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On November 9, 2017, respondent filed an answer to the petition. Petitioner subsequently filed two letters with the court, initially indicating that he may be paroled this month, and then stating that he would not. ECF Nos. 23, 24. The court construes petitioner's letters as a request for extended time to file and serve his reply to respondent's answer.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file and serve his reply, if any, within thirty (30) days after the filing date of this order.

DATED: November 28, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE