# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LEE BOHANNAN,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM L. MUNIZ,<br><br>    Respondent. | No. 2:16-cv-1342 GEB AC P<br><br><br><br>ORDER |

Petitioner requests a third extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for extended time, ECF No. 29, is granted.

    2. Petitioner shall file his reply on or before March 1, 2018.

    3. No further extensions of time will be granted.

DATED: January 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE