UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LEE BOHANNAN,<br><br>  Petitioner,<br><br>  v.<br><br>WILLIAM L. MUNIZ,<br><br>  Respondent. | No. 2:16-cv-01342-TLN-AC<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 1, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 42.) Petitioner has filed objections to the findings and recommendations. (ECF No. 43.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2019, (ECF No. 42), are adopted in full;

2. Petitioner's motion to amend his habeas petition, (ECF No. 39), is denied;

3. Petitioner's original habeas petition, (ECF No. 1), shall be decided on the merits; and

4. This case is referred back to the assigned magistrate judge.

Dated: March 28, 2019

Troy L. Nunley
United States District Judge